No. 15–0559/AR. Maurice K. Robins, Appellant v. United States, Appellee. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.

No. 15–0561/AR. Alexander Loya, Petitioner v. United States, Respondent. CCA 20090770. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus or in the alternative a writ of mandamus was filed under Rule 27(a) on this date.

No. 15–0549/CG. U.S. v. Brian A. Vanwinkle. CCA 1386. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 1, 2015.

No. 12–0616/AR. U.S. v. Timothy E. Bennitt. CCA 20100172. On consideration of Appellee's petition for reconsideration of the Court's Opinion, 74 M.J. 125 (C.A.A.F. 2015), it is ordered that said petition for reconsideration is hereby denied.

Thursday, May 14, 2015

No. 15–0390/AR. U.S. v. Kye C. Womack. CCA 20140345. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue specified by the Court:

> WHETHER APPELLANT'S PUNISHMENT WAS "HIGHLY DISPARATE" WHEN COMPARED TO THE CO–ACCUSED.

Briefs will be filed under Rule 25.

No. 15–0260/AF. U.S. v. Andrew P. Witt. CCA 36785. On consideration of Appellant's third motion for an extension of time to file a brief, it is ordered that said motion is hereby granted to July 1, 2015, and absent extraordinary circumstances, no further extension of time will be granted.

No. 15–0413/AF. U.S. v. Sebastian P. Labella. CCA 37679. On consideration of Appellee's motion to dismiss the petition for grant of review for lack of jurisdiction, it is ordered that the parties submit briefs on the following issue:

> WHETHER APPELLANT'S PETITION FOR GRANT OF REVIEW SHOULD BE DISMISSED FOR LACK OF JURISDICTION WHEN THE COURT OF CRIMINAL APPEALS ENTERTAINED AN UNTIMELY FILED MOTION FOR RECONSIDERATION FOR "GOOD CAUSE," BUT DENIED THE MOTION ON OTHER GROUNDS, AND APPELLANT FILED A PETITION FOR GRANT OF REVIEW WITH THIS COURT UNDER ARTICLE 67, UCMJ, MORE THAN 60 DAYS AFTER THE ORIGINAL DECISION OF THE COURT OF CRIMINAL APPEALS, BUT WITHIN 60 DAYS OF THE FINAL DECISION ON THE MOTION FOR RECONSIDERATION. *SEE, UNITED STATES v. RODRIGUEZ*, 67 M.J. 110 (C.A.A.F. 2009); *UNITED STATES v. SMITH*, 68 M.J. 445 (C.A.A.F. 2010).

Appellant will file a brief under Rule 24 within 30 days of the date of this Order. Appellee will file a brief within 30 days of the filing of Appellant's brief. Appellant may file a reply within 10 days of the filing of Appellee's brief.

No. 15–0548/NA. D'Urville Christopher, Appellant v. United States, Appellee. CCA 201500066. Appellant's motion to file a corrected appendix is hereby granted.